IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAY DEAN BIRD,<br><br>Defendant. | CR 21-30-GF-BMM<br><br><br><br>ORDER |

Pending before the Court is the United States' unopposed motion to dismiss Counts III and VI from the Indictment. For good cause shown,

**IT IS ORDERED** that Counts III and VI are **DISMISSED WITHOUT PREJUDICE**.

DATED this 17th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court