IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAY DEAN BIRD,<br><br>Defendant. | CR-21-30-GF-BMM<br><br><br>ORDER TO SEAL EXHIBITS<br>TO DOCUMENT 169 |

Ray Dean Bird, through his counsel of record, Elizabeth T. Musick, moved this Court to seal the Exhibits to Document 169 – Motion to Compel Mutli-Disciplinary Records, and good cause appearing,

IT IS HEREBY ORDERED that the Exhibits attached to Document 169 are SEALED.

DATED this 9th day of February 2022.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court